[No. 14437-9-II.   Division Two.   September 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL
ROBERT BADERDEEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-1-01896-4, J. Kelley Arnold, J., entered
November 1, 1990. *Affirmed in part* and *remanded* by unpub-
lished opinion per Morgan, J., concurred in by Seinfeld,
A.C.J., and Petrich, J. Pro Tem.

[No. 14426-3-II.   Division Two.   September 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
DONALD KESNER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 90-1-00205-2, Don L. McCulloch, J., entered
August 23, 1990. *Affirmed* by unpublished opinion per Alex-
ander, C.J., concurred in by Morgan, J., and Green, J. Pro
Tem.

[Nos. 14515-4-II; 14586-3-II.   Division Two.   September 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA
BERNDT, *Appellant*.

Appeals from a judgment of the Superior Court for Cowlitz
County, No. 90-6-00135-6, Milton R. Cox, J., entered Novem-
ber 20, 1990, and January 4, 1991. *Affirmed* by unpublished
opinion per Morgan, J., concurred in by Alexander, C.J., and
Green, J. Pro Tem.